| | |
|---|---|
| Name | Charles Tony Piccuta |
| Bar # | 028444 |
| Firm | Houser & Allison, APC |
| Address | 9970 Research Drive |
| | Irvine, CA 92618 |
| | |
| Telephone | (949) 679-1111 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Joshua D. Randall            )
                             )
        Plaintiff,           )
                             )        **Case No.**
        vs.                  )
                             )        **Corporate Disclosure Statement**
Ocwen Loan Servicing, LLC    )
                             )
        Defendant.           )
                             )
_____)

    This Corporate Disclosure Statement is filed on behalf of Ocwen Loan Servicing, LLC in compliance with the provisions of: *(check one)*

☑ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☐ No such corporation.

☐ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____Relationship_____

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____Relationship_____

☑ Other(please explain)

Ocwen Loan Servicing, LLC is a wholly owned subsidiary of Ocwen Financial Corporation, a publicly traded company.

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this __13th__ day of __November__, __2012__.

/s/ Charles Tony Piccuta
Counsel of Record

Certificate of Service:
ORIGINAL filed electronically with the Clerk's Office this same date and with COPIES to be delivered via U.S. Mail to the following:

Joshua D. Randall
2943 S. Buckskin Way
Chandler, AZ 85286
*Plaintiff - Pro Per*

- 2 -