**BELNAP & FORBES, PLLC**
Rochelle N. Belnap
Arizona SBN 029172
P.O. Box 1597
Chandler, Arizona 85244
Tel:   (480) 907-6088
Fax:   (480) 907-7126
rbelnap@belnapforbes.com

Attorney for Plaintiff

### UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF ARIZONA – PRESCOTT DIVISION

| | |
|---|---|
| Joshua D. Randall, | **Case No.**:  3:12-cv-08226-LOA |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| vs. | **[FRCP 41(A)]** |
| Ocwen Loan Servicing, LLC, | |
| Defendant. | |

**TO THE COURT AND ALL INTERESTED PARTIES HEREIN:**

PLEASE TAKE NOTICE that Plaintiff, Joshua D. Randall, and Defendant, Ocwen Loan Servicing, LLC, stipulate that all claims against Defendant be dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41(a).

RESPECTFULLY SUBMITTED this _____ day of December, 2012.

| **BELNAP & FORBES, PLLC** | **HOUSER & ALLISON, APC** |
|---|---|
| By:  /s/ Rochelle N. Belnap | By:  /s/ Charles Tony Piccuta |
| Rochelle N. Belnap | Charles Tony Piccuta |
| Attorney for Plaintiff | Attorney for Defendant |

Request for Dismissal - 1

1  **ORIGINAL** filed electronically
2  with the Clerk's Office this same date
   and with COPIES to be delivered via
3  U.S. Mail to the following:

4  Houser & Allison
   Attn: Charles Tony Piccuta
5  9970 Research Drive
6  Irvine, CA 92618
   Attorney for Defendant
7
8  By:  /s/ Rochelle N. Belnap

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28